```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LUIS TORO, *on behalf of himself and all others similarly* :
*situated*, :
: 1:23-cv-2128-GHW
Plaintiff, :
: ORDER
-v - :
:
BIG APPLE COLLECTIBLES CORP., :
:
Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 19, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than May 3, 2023. Dkt. No. 8. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's April 19, 2023 order forthwith, and in no event later than May 8, 2023.

SO ORDERED.

Dated: May 4, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge